IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOY GAMBINO WRAY,**

  **Plaintiff,**

v.           Case No. 1:17cv263-MW/GRJ

**DEPARTMENT OF CHILDREN
AND FAMILY SERVICES,**

  **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. the Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim." The Clerk shall close the file.

**SO ORDERED on January 17, 2018.**

            s/Mark E. Walker_____
            **United States District Judge**